JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW KWASI DONKOR, | Case No. EDCV 11-1641-GW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| THE UNITED STATES OF AMERICA; ARNOLD SCHWARZENEGGER; EDMUND G. BROWN, JR.; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA BOARD OF PRISON TERMS; CALIFORNIA BOARD OF PAROLE; CAPTAIN RUBEN; PAUL R. BABEU; KATRINA S. KANE; ERIC H. HOLDER, JR.; JANE NAPOLITANO; SHERRI R. CARTER; RAYMOND PLACENTIA; OFFICER GOLDSTEIN; OFFICER WESTON; JOSEPH MORRIS; DETECTIVE BOB BACKES; INVESTIGATOR MELVIN VANCE; ROD PACHECO; VICKI M. HIGHTOWER; LETICIA BELTRAN; and SARAH MORENO, | |
| Respondents. | |

In accordance with the Order Summarily Dismissing Action for Lack of Subject

1 | Matter Jurisdiction filed herein,
2 |     IT IS HEREBY ADJUDGED that this action is summarily dismissed without
3 | prejudice.
4 | DATED: December 12, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE